**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martinez**

Civil Action No. 12-cv-3126-WJM

ANNE B. JORGENSEN

      Plaintiff,

v.

WELLS FARGO BANK. N.A.,

      Defendant.

_____

**ORDER OF RECUSAL**
_____

This matter is before the Court *sua sponte*. I have a financial interest in Defendant, Wells Fargo Bank, N.A., through ownership of shares in three mutual funds owned by a securities affiliate of the Defendant. Pursuant to 28 U.S.C. §455(b)(4) and the Code of Conduct of Conduct for United States Judges, my recusal in this matter is required.

Accordingly, I hereby RECUSE myself from hearing this matter. The Clerk shall randomly reassign this case to another District Judge of this Court.

Dated this 3rd day of December, 2012.

                                            BY THE COURT:

                                            William J. Martínez
                                            United States District Judge