# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03126-JLK

ANNE B. JORGENSEN,

    Plaintiff,

v.

WELLS FARGO BANK, N.A.,

    Defendant.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and the orders entered in this case, the following **Final  Judgment** is entered.

In accordance with the Order entered March 13, 2013 by Senior District Jude John L. Kane, it is

ORDERED that, in light of the parties' settlement and Stipulation for Dismissal with Prejudice (Doc. 26), final judgment is hereby entered dismissing this action, with prejudice, with the parties bearing their own fees and costs,

DATED at Denver, Colorado, this 29th day of March, 2013.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                By: s/Edward P. Butler
                      Edward P. Butler
                      Deputy Clerk